**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Magistrate No.: |
| | : | |
| v. | : | Violations: |
| | : | 18 U.S.C. § 1361 |
| **GREGORY BETTWY,** | : | (Injury to United States Property); |
| | : | 5 D.C. Code § 117.05 |
| Defendant. | : | (Making a False Report to the |
| | : | Metropolitan Police Department) |

## INFORMATION

The United States hereby informs the Court:

### Count One
### – Injury to United States Property –

1. During all relevant times to this matter, defendant **GREGORY BETTWY** was employed by the United States Environmental Protection Agency as the Executive Assistant to the Chief of Staff, Office of Policy, Economics, and Innovation within the Office of the Administrator of the Environmental Protection Agency. Defendant **BETTWY** was employed at the offices of the Environmental Protection Agency located at 1200 Pennsylvania Avenue, N.W., Washington, D.C.

2. On or about July 5, 2002 and on or about May 1, 2003, in the District of Columbia, defendant **GREGORY BETTWY** wilfully injured the property of the United States by defacing interior office space of the Environmental Protection Agency by spray painting an office wall with the term "FAG" and marking an office wall with the term "Next Job=Death," thereby causing damage to such property in an amount less than $1,000.

(**Injury to United States Property**, in violation of Title 18, United States Code, Section 1361)

### Count Two
### – False Report to the Metropolitan Police Department –

1. On or about March 30, 2003, in the District of Columbia, defendant **GREGORY BETTWY** made a false and fictitious report to the Metropolitan Police Department of the commission of the criminal offenses of destruction of property and unlawful entry at his residence at 1704 Swann Street, N.W., Washington, D.C. by falsely reporting that an unknown person or persons had entered his property, destroyed a number of plants, and spelled out the message "Die Fag" on a deck to his home.

2. At the time of making such false report on or about March 30, 2003, defendant **BETTWY** knew such report was false and fictitious as he himself destroyed the property and left the threatening

message.  Such false and fictitious report to the Metropolitan Police Department followed a prior false and fictitious report by defendant **BETTWY** to the Metropolitan Police Department on or about March 14, 2003, at which time defendant **BETTWY** falsely reported to the Metropolitan Police Department that an unknown person had left a brick on the front porch of his residence at 1704 Swann Street, N.W. with the threatening message "Die Fag" written on the brick.

(**False and Fictitious Report to the Metropolitan Police Department**, in violation of Title 5, D.C. Code, Section 117.05)

    Respectfully submitted,

    KENNETH L WAINSTEIN
    United States Attorney

By: _____
    Steven W. Pelak
    Assistant U.S. Attorney
    D.C. Bar Nos. 451058 and 408744
    Transnational/Major Crimes Section
    555 Fourth Street, N.W., 11th Floor
    Washington, D.C.  20530
    (202) 514-6946
    Steven.Pelak@usdoj.gov