IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Magistrate No.: 05-0391M |
| | : | |
| v. | : | |
| | : | |
| **GREGORY BETTWY,** | : | |
| | : | |
| **Defendant.** | : | |

## FACTUAL PROFFER

If this matter had gone to trial, the United States would have presented the following facts which show beyond a reasonable doubt that defendant Gregory Bettwy is guilty of damaging United States property in violation of 18 U.S.C. § 1361 (damage amount less than $1,000) and making a false report to the Metropolitan Police Department of Washington, D.C. in violation of 5 D.C. Code § 117.05.

### Background

During the period from 2001 until 2004, defendant **GREGORY BETTWY** was employed by the U.S. Environmental Protection Agency ("EPA") as the Executive Assistant to the Chief of Staff, Office of Policy, Economics, and Innovation within the Office of the Administrator of the EPA.  Defendant **BETTWY** was employed at the EPA offices located at 1200 Pennsylvania Avenue, N.W., Washington, D.C.

Beginning in March 2001, anonymous threats against defendant Bettwy based on his perceived sexual orientation were received or reported at the Executive Offices of the EPA.  In fact, those threats were made by Mr. Bettwy himself.  For instance, on March 12, 2001, defendant Bettwy reported to officials at the Environmental Protection Agency (EPA) that he received a note through the EPA interoffice mail system stating: "We're glad you're out of the

front office, faggot." In January 2002, a note was sent referencing defendant Bettwy to the Chief of Staff for the Office of the Administrator of the EPA through the EPA's interoffice mail. The note stated: "Dump the Fag when you dump Jay we'll be better off." In March 2002, defendant Bettwy informed officials at the EPA that he received an email message at his workplace email address directing him to click on to a website entitled www.pinstruck.com which is a voodoo curse website. Then in January 2003, an anonymous note was sent to an EPA executive official threatening to injure defendant Bettwy if the EPA official did not remove him from his position. The note read: "Since the Fat One didn't dump the Fag, you should be true and get him out of there if you don't do it, we'll take care of him outside of here. All Fags should die."

After these "anonymous" threats, defendant Bettwy increased or heightened the nature of the threats. In response to these threats and perceived "hate crimes" against defendant Bettwy, several law enforcement agencies became involved, including the Metropolitan Police Department, the Inspector General's Office of the EPA, and the Federal Protective Service, in an effort to identify and stop the person responsible for the threats. Before defendant Bettwy was finally identified and admitted that he himself made the repeated threats to injure, investigative agents of the EPA Office of Inspector General expended a combined total of approximately 1,000 hours in an effort to identify and apprehend the believed perpetrator of "hate crimes" against defendant Bettwy by interviewing a number of potential witnesses, undertaking forensic analyses, and undertaking several other investigative efforts.

### Injury to United States Property – Count 1

On July 5, 2002 and then again on May 1, 2003, at his office at the EPA Headquarters on Pennsylvania Avenue, N.W. in Washington, D.C., defendant **GREGORY BETTWY** defacing

the walls of interior office space at the EPA by first spray painting an office wall with the term "FAG" and then marking his office wall with the term "Next Job=Death." In both incidents, defendant Bettwy reported to law enforcement officers that he found the threats on his office wall and did not know who within the EPA would make such threats against him.

After each incident, the EPA repaired defendant Bettwy's office walls to remove the threatening messages. The repairs or removals of the threats caused damage and costs in an amount less than $1,000.

### False Report to the Metropolitan Police Department – Count 2

On March 30, 2003, in the District of Columbia, defendant **GREGORY BETTWY** made a false and fictitious report to the Metropolitan Police Department of the commission of the criminal offenses of destruction of property and unlawful entry at his residence at 1704 Swann Street, N.W., Washington, D.C. On March 30, defendant Bettwy reported to a Metropolitan Police Department officer that unknown person or persons had entered his property, destroyed a number of plants, and spelled out the message "Die Fag" on the deck to his home.

At the time of making such false report on March 30, 2003, defendant **BETTWY** knew such report was false and fictitious as he himself destroyed the property and left the threatening message. Such false and fictitious report to the Metropolitan Police Department followed a prior false and fictitious report by defendant **BETTWY** to the Metropolitan Police Department on or about March 14, 2003, at which time defendant **BETTWY** falsely reported to the Metropolitan Police Department that an unknown person had left a brick on the front porch of his residence at 1704 Swann Street, N.W. with the threatening message "Die Fag" written on the brick.

After investigating these incidents fully, Special Agents of the EPA Office of Inspector

General questioned defendant Bettwy about his own involvement in the alleged threats and damage to EPA property. Defendant Bettwy admitted to the investigating agents that he was solely responsible for the threats and property damage allegedly taken against him during the years from 2001 through 2003 at his workplace and his home.

                                        Respectfully submitted,

                                        KENNETH L WAINSTEIN
                                        United States Attorney

By: _____
    Steven W. Pelak
    Assistant U.S. Attorney
    D.C. Bar Nos. 451058 and 408744
    555 Fourth Street, N.W., 11th Floor
    Washington, D.C. 20530
    (202) 514-6946; Steven.Pelak@usdoj.gov

## Certificate of Service

I hereby state that I have caused the foregoing to be served by electronic facsimile upon counsel for defendant Bettwy, Mr. William Moffitt, Esq., Cozen, O'Connor in Washington, D.C. at facsimile (202) 912-4830.

_____
Steven W. Pelak