IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                        )<br>                                                            )     Case No. 1:05-mj-00391<br>GREGORY BETTWY,                       )<br>                                                            )     Judge Deborah A. Robinson<br>         Defendant.                              ) | |

### DEFENDANT'S POSITION WITH REGARD TO SENTENCING

Defendant Gregory Bettwy, by and through his undersigned counsel, hereby states that he has reviewed the Pre-Sentence Report in this case and does not have any objections to the facts contained in the report or the advisory sentencing guideline calculations contained therein. Defendant will provide this Court with additional information for its consideration regarding sentencing during the sentencing hearing scheduled for October 7, 2005.

Dated:   September 15, 2005

Respectfully submitted,

_____
William B. Moffitt (DC Bar # 460557)
Kerri L. Ruttenberg (DC Bar # 467989)
Cozen O'Connor
1667 K Street, N.W., Suite 500
Washington, D.C. 20006
Phone: (202) 912-4800
Facsimile: (202) 912-4835

*Counsel for Defendant Gregory Bettwy*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of September, 2005, I caused a true and correct copy of the foregoing Defendant's Position with Regard to Sentencing to be faxed and mailed to:

Steven W. Pelak, Esq
U.S. Attorney's Office for
the District of Columbia
555 Fourth Street, NW
Washington, DC  20530
Fax # 202.307.6059

Michael Penders, Probation Officer
US Probation Office
333 Constitution Avenue, NW
Washington, DC   20001
Fax # 202.273.0242

_____
Kerri L. Ruttenberg