# UNITED STATES DISTRICT COURT
## FOR THE District of Columbia

UNITED STATES OF AMERICA

    Plaintiff,

v.

Case No.: 1:05−mj−00391−DAR
Magistrate Judge Deborah A. Robinson

GREGORY BETTWY

    Defendant.

TYPE OF CASE:    Magistrate Judge

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

NOTICE OF HEARING as to GREGORY BETTWY Preliminary Revocation Hearing set for 9/20/2006 at 11:30 AM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. (lm )

**PLACE**

September 12, 2006

Nancy Mayer−Whittington, Clerk
lm, Deputy Clerk